STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

✓ **Providence County**
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ **Kent County**
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ **Newport County**
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ **Washington County**
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

RI Commission for Human Rights
**Plaintiff**

Carlos Monti
**Defendant**

CIVIL ACTION, FILE No. PC 12-6640

**_Summons_**

To the above-named Defendant:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon FRANCIS A. GASCHEN Plaintiff's attorney, whose address is 180 WESTMINSTER STREET PROVIDENCE RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

_____, CLERK

Dated: 1-24-13

(Seal of the Superior Court)

S-135 (REV. 02/07)

# State of Rhode Island and Providence Plantations

..............................., SC

## PROOF OF SERVICE

I hereby certify that on the ...... 7th ...... day of ...... February 2013 ...... I served a copy of this summons and a copy of the complaint received therewith upon ...... Carlos Montt ......

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ...... 258 Farmington ......
..............................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ......
...... 258 Farmington ......, with a person of suitable age and discretion then residing therein. ELBA

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ......

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel .......... $..........
Service .......... $..........
$..........

..............................
Deputy Sheriff

Pamela J. DosReis
Deputy Sheriff

UNITED WE STAND

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

ATTORNEY FOR PLAINTIFF

CARLOS MONTT
258 FARMINGTON AVE
CRANSTON RI

VS

SUPERIOR COURT

SUMMONS

FILE NO. PC-2013-0646

CIVIL ACTION