20195

STATE OF RHODE ISLAND  PROVIDENCE PLANTATIONS

201308200115540 Bk:LR4794 Pg:129
RECORDED Cranston,RI 1/1
08/20/2013 09:20:14 AM EXEC

# EXECUTION - GOODS, CHATTELS, AND REAL ESTATE
## SUPERIOR COURT

☒ **Providence/Bristol County**  ☐ **Kent County**  ☐ **Washington County**  ☐ **Newport County**

Rhode Island Commission for Human Rights, behalf of Luisa S Oliveira
vs.
Furniture Mattress Warehouse Inc. Carlos Montt Alias Jorge Montt Alias and Erwin Vasquez Alias

CASE NO. PC-12-6640

RECEIPT NO. ____

To the Sheriffs of our several counties or to their Deputies or Constables:

WHEREAS, Rhode Island Commission for Human Rights on behalf of Luisa S Oliveira
                        Plaintiff Name

of _____ by the consideration of the SUPERIOR COURT
            Address

at Providence _____ did on March 8, 2013, recover
    City/Town                                                    Date

judgment against Furniture Mattress Warehouse, Inc. Carlos Montt and Jorge Montt jointly and severally
                            Defendant Name

of _____ for the sum of
          Address                     (12-08-12)

$ 127,112.39 debt/damages, $ 5265.59 in interest, $ _____ in attorney

fees, and $ 295 as cost of suit, as appears of record, for a total amount of $ 132,672.98

whereof execution remains to be done.

Please attach and levy upon all the right, title and interest to all of the real estate, with all the buildings and other improvements situated thereon, of the within defendant, CARLOS MONTI, situated in Cranston, RI, and without in any manner whatsoever limiting the foregoing statement, attach and levy upon that particular lot known as PLAT SECTION LOT 7/1/536, as indicated in the Records of the Tax Assessor for the City of Cranston, except to the extent that RIGL § 9-26-4.1 is applicable.

within your precinct, you cause to be levied and paid to the said Plaintiff the aforesaid sums, being in total

$ 132,672.98 with a fee of $ 50 more for writ and your own fees.

Make true return of this writ with your recordings thereon to our Superior Court at _____

Providence _____ for the above county on May 3, 2014
    City/Town                                                    Return Date

* Use only if against trustee (G.L. 1956 § 9-25-12).

Witness, the seal of our Superior Court.

_____ Deputy Clerk

May 3, 2013
Date Issued

SR-18
SUPERIOR 8 (revised February 2011)